IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                             )<br>                    Plaintiff,            )<br>                                                             )<br>     vs.                                                )<br>                                                             )<br>ROBERT E. SORENSON, JR.,         )<br>                                                             )<br>                    Defendant.        )  | Case No. 8:09CR350<br><br><br>ORDER<br>(Restricted) |

This case is before the court on the defendant's Motion to Reconsider Detention (#20). The defendant moves the court to reopen detention and place the defendant in the Antlers Center in Lincoln, Nebraska. The motion is denied.

After reviewing the October 19, 2009 Pretrial Services Memorandum, the Court's October 21, 2009 Order (#17) revoking the defendant's October 9, 2009 Order Setting Conditions of Release (#11), the defendant's prior criminal record, the defendant's prior participation in the Bureau of Prisons 500 Hour Drug Program (1994), and the rebuttable presumption of detention in 18 U.S.C. § 1342 (e), I find the defendant should remain committed.

**IT IS ORDERED:** The defendant's Motion to Reconsider Detention (#20) is denied.

Dated this 3rd day of November 2009.

BY THE COURT:


S/ F. A. Gossett
United States Magistrate Judge