IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>ROBERT E. SORENSON, JR.,<br><br>              Defendant. | 8:09CR350<br><br>**ORDER** |

Defendant Robert E. Sorenson, Jr. appeared before the court on Monday, December 22, 2014 on a Petition for Warrant or Summons for Offender Under Supervision [46]. The defendant was represented by Assistant Federal Public Defender Michael F. Maloney, and the United States was represented by Assistant U.S. Attorney Nancy A. Svoboda. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

    I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

    IT IS ORDERED:

    1.    A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on February 11, 2015 at 8:30 a.m. Defendant must be present in person.

    2.    The defendant is released on current conditions of supervision.


    Dated this 22nd day of December, 2014

                                                               BY THE COURT:

                                                               s/ F.A. Gossett, III<br>                                                               United States Magistrate Judge